UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LIVERMORE; GEORGE LIVERMORE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:22−cv−00944−SSS−JDEx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is Dismissed with prejudice. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: August 15, 2022

_____
Sunshine S. Sykes
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**

1